SA:SK
F# 2013R01551

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ROY NAIM,
    also known as "Bill Howard,"

              Defendant.

- - - - - - - - - - - - -X

INDICTMENT

GARAUFIS, CR 13-

(T. 18, U.S.C., §§ 2, 2251(a), 2251(e),
2252(a)(2), 2252(a)(4)(B),
2252(b)(1), 2252(b)(2), 2253,
and 3551 et seq.; T. 21, U.S.C.,
§ 853(p))

REYES, M.J

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Sexually Exploit a Child)

1. In or about and between May 2012 and May 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ROY NAIM, also known as "Bill Howard," together with others, did knowingly and intentionally conspire to employ, use, persuade, induce, entice and coerce minors, to wit: John Doe, an individual whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct, to wit: images, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce, which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by

2

computer, and such visual depictions were transported using any means and facility of interstate and foreign commerce, contrary to Title 18, United States Code, Section 2251(a).

(Title 18, United States Code, Sections 2251(e) and 3551 et seq.)

## COUNT TWO
(Sexual Exploitation of a Child)

2. In or about and between January 2013 and February 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ROY NAIM, also known as "Bill Howard," together with others, did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: John Doe, an individual whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: the image depicted in a file entitled "[John].avi," recovered from a Toshiba laptop computer (Serial No. S875-S7376), knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, which visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and such visual depiction was transported using any means and facility of interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2 and 3551 et seq.)

## COUNT THREE
(Attempted Sexual Exploitation of a Child)

3. In or about and between January 2013 and May 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ROY NAIM, also known as "Bill Howard," together with others, did knowingly and

3

intentionally attempt to employ, use, persuade, induce, entice and coerce a minor, to wit: John Doe, an individual whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct, to wit: images, knowing and having reason to know that such visual depictions would be transported using any means and facility of interstate and foreign commerce, which visual depictions were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and such visual depictions were transported using any means and facility of interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e), 2 and 3551 et seq.)

## COUNT FOUR
(Receipt of Child Pornography)

4. On or about February 10, 2013, within the Eastern District of New York, the defendant ROY NAIM, also known as "Bill Howard," did knowingly and intentionally receive one or more visual depictions, to wit: the images depicted in computer files entitled bow-x1.avi, bow-x2.avi, bow-x9.avi, and [John].avi, recovered from a Toshiba laptop computer (Serial No. S875-S7376), using a means and facility of interstate and foreign commerce and which visual depictions had been mailed, and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 3551 et seq.)

4

## COUNT FIVE
(Receipt of Child Pornography)

5. On or about February 10, 2013, within the Eastern District of New York, the defendant ROY NAIM, also known as "Bill Howard," did knowingly and intentionally receive one or more visual depictions, to wit: the images depicted in computer files entitled bow-x4.avi, bow-x5.avi, bow-x6.avi, bow-x7.avi, and bow-x8.avi, recovered from a Toshiba laptop computer (Serial No. S875-S7376), using a means and facility of interstate and foreign commerce and which visual depictions had been mailed, and shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 3551 et seq.)

## COUNT SIX
(Possession of Child Pornography)

6. On or about September 18, 2013, within the Eastern District of New York, the defendant ROY NAIM, also known as "Bill Howard," did knowingly and intentionally possess matter containing one or more visual depictions, to wit: images in computer files on a Toshiba laptop computer (Serial No. S875-S7376), which visual depictions had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means including by computer, the production of such visual depictions having involved

5

the use of one or more minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE THROUGH SIX

7.  The United States hereby gives notice to the defendant charged in Counts One through Six that, upon his conviction of any such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253, of (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

8.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be

6

divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2013R001551

FORM DBD-34  No.
JUN. 85

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

ROY NAIM

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 2, 2251(a), 2251(e), 2252(a)(2), 2252(a)(4)(B), 2252(b)(1), 2252(b)(2), 2253, and 3551 et seq; T. 21, U.S.C., § 853(p))

*A true bill.*

_____
                                                                                      *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
                                                                                                *Clerk*

*Bail, $* _____

*Saritha Komatireddy, Assistant U.S. Attorney (718) 254-6054*